MR. JUSTICE MORRISON,
dissenting:
The majority correctly quotes Section 39-71-606(1), MCA. This statute makes it mandatory that every insurer shall, within 30 days of receipt of a claim for compensation either accept or deny the claim. The only logical consequence of failure to deny is acceptance. The Montana Workers’ Compensation Manual, Norman H. Grosfield, Section 530 p. 28, agrees. In fact, I would surmise that this has been the understanding among practitioners, and although I acknowledge this goes outside the record, that is the luxury of dissent.
The majority has effectively repealed Section 39-71-606(1), MCA. This seems to me to be nothing less than result-oriented judicial activism from those of my brothers generally considered to be opposed to such conduct.
*281 I would like to see more consistency in judicial philosophy and less reliance on achieving the desired result.
MR. JUSTICE SHEEHY concurs.